UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

PETER ALFRED PEREZ,

              Plaintiff,

v.

SHERMAN CAMPBELL et al.,

              Defendants.

_____/

Case No. 1:25-cv-1182

Honorable Ray Kent

## <u>**ORDER OF TRANSFER**</u>

This is a civil rights action brought by a state prisoner under 42 U.S.C. § 1983. Plaintiff's complaint presents claims regarding events that occurred at the Gus Harrison Correctional Facility (ARF) in Adrian, Lenawee County, Michigan. (Compl., ECF No. 1.) Plaintiff sues ARF Warden S. Campbell, ARF Classification Director D. Kendall, and ARF Prisoner Counselor A. Long. (*Id.*)

Under the revised venue statute, venue in federal-question cases lies in the district in which any defendant resides or in which a substantial part of the events or omissions giving rise to the claim occurred. 28 U.S.C. § 1391(b). The events underlying the complaint occurred in Lenawee County. Defendants are public officials serving in Lenawee County, and they "reside" in that county for purposes of venue over a suit challenging official acts. *See Butterworth v. Hill*, 114 U.S. 128, 132 (1885); *O'Neill v. Battisti*, 472 F.2d 789, 791 (6th Cir. 1972). Lenawee County is within the geographical boundaries of the Eastern District of Michigan. 28 U.S.C. § 102(a). In these circumstances, venue is proper only in the Eastern District of Michigan. Therefore:

**IT IS ORDERED** that this case be transferred to the United States District Court for the Eastern District of Michigan pursuant to 28 U.S.C. § 1406(a). **It is noted that this Court has not**

2

**decided Plaintiff's motion to proceed *in forma pauperis*, nor has the Court reviewed Plaintiff's complaint under 28 U.S.C. §§ 1915(e)(2), 1915A, or under 42 U.S.C. § 1997e(c).**

Dated:    April 14, 2026                          /s/ Ray Kent
                                                  Ray Kent
                                                  United States Magistrate Judge